**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JOHN D. RANSOM,**

                **Plaintiff,**

**-vs-**                                                      Case No. 6:08-cv-2056-Orl-31KRS

**COLONIAL COUNSELING**
**ASSOCIATES, FLORIDA DEPARTMENT**
**OF CORRECTIONS, ALCOHOLICS**
**ANONYMOUS,**

_____

# ORDER

This cause comes before the Court on Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Doc. No. 2) filed December 9, 2008.

On December 18, 2008, the United States Magistrate Judge issued a report (Doc. No. 5) recommending that the motion be denied and that the Complaint be dismissed. No objections have been filed. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion for Leave to Proceed *In Forma Pauperis* is **DENIED**.

3. The Complaint is dismissed without prejudice and the Plaintiff will have TWENTY (20) DAYS from the date of this order to file an Amended Complaint consistent with the Report and Recommendation. Failure to comply with this order may result in dismissal of the case without further notice.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 12th day of January, 2009.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party